# Exhibit A

| | |
|---|---|
| STATE OF TEXAS ) | |
| ) | In re Chris Shuffield |
| COUNTY OF CORYELL ) | |

Affidavit of Josh Barlow

I, Josh Barlow, state on my oath that the following is true and correct.

1. My name is Josh Barlow. I am over 21 years of age, can read and write the English language, and am competent to give this statement. I have personal knowledge of the facts stated in this affidavit.

2. I am an inmate currently in prison at the Hughes Unit of the Texas Department of Criminal Justice in Gatesville, Texas.

3. During the month of April, 2002 I was in jail at the Bi State Justice Building in Texarkana, Arkansas, and housed in the "J" Pod.

4. Also housed in J Pod was an inmate named Chris Shuffield, who was charged with capital murder.

5. During the time I was jailed there, I came into contact with a Bowie County district attorney named Kristie Wright, one of the prosecutors in Mr. Shuffield's case, who lived across the street from my sister in Texarkana.

6. During my conversations with Ms. Wright I was told by her that if I could provide some assistance to her in the prosecution of Mr. Shuffield's case she could provide me with assistance in my own case.

AFFIDAVIT OF JOSH BARLOW
Page 1 of 2 Pages



7. In the hope of gaining assistance in my case, around April 23, 2002 I planted a "shank" above the door of Mr. Shuffield's cell and then I notified Ms. Wright of the fact that I had planted the shank.

8. The day after I notified Ms. Wright that I had planted the shank, jail guards searched Mr. Shuffield's cell and discovered the shank that I had planted.

9. To the best of my knowledge and belief the discovery of the weapon I had planted in Mr. Shuffield's cell without his knowledge was used by the prosecution in Mr. Shuffield's capital murder case.

10. Further affiant sayeth not.

DATED this _16_ day of July, 2010.

_Josh Barlow_
Signed

SUBSCRIBED AND SWORN TO before me on this _16th_ day of _July_, 2010.

Notary Public for the State of Texas _____

(SEAL)

My commission expires _11/21/10_.

J. NEIL HARTLEY
Notary Public, State of Texas
My Commission Expires
November 21, 2010

AFFIDAVIT OF JOSH BARLOW
Page 2 of 2 Pages