# Exhibit B

| | | |
|---|---|---|
| STATE OF TEXAS | ) | |
| | ) | In re Chris Shuffield |
| COUNTY OF BOWIE | ) | |

Affidavit of Kandice Kay Smith

I, Kandice Kay Smith, state on my oath that the following is true and correct.

1. My name is Kandice Kay Smith. I am over 21 years of age, can read and write the English language, and am competent to give this statement. I have personal knowledge of the facts stated in this affidavit.

2. I am the sister of Josh Barlow.

3. During the spring of 2002, including the month of April, I was living at 2908 Hazel St, Texarkana, TX. I was living there with my husband at the time, Brian Owenby.

4. My brother Josh was in the Bi-State jail during that time and would often call me at home.

5. Kristie Wright, one of the prosecutors for Bowie County, lived across the street from me.

6. At times when Josh would call, I would take the phone across the street so that he could talk to Kristie Wright.

AFFIDAVIT OF KANDICE KAY SMITH
Page 1 of 2 Pages

KKS.

7. N/A K.Smith

8. N.A. K.Smith

9. Further affiant sayeth not.

DATED this 3 day of ~~July~~ August, 2010.

_Kandice K. Smith_
Signed

SUBSCRIBED AND SWORN TO before me on this 3 day of August, 2010.

Notary Public for the State of Texas _[signature]_

(SEAL)

My commission expires 11/21/2010

J. NEIL HARTLEY
Notary Public, State of Texas
My Commission Expires
November 21, 2010

AFFIDAVIT OF KANDICE KAY SMITH
Page 2 of 2 Pages

K.KS.